## STATE v. BESSIE STRUM.[1]

July 7, 1911.

Nos. 17,077—(6).

**Case followed.**

Defendant was convicted in the municipal court of Minneapolis of disorderly conduct and sentenced to hard labor in the workhouse for the term of thirty days. From an order, Leary, J., denying defendant's motion for a new trial and to vacate and modify the judgment, she appealed. Affirmed.

*Mead & Bryngelson*, for appellant.

*Daniel Fish* and *William G. Compton*, for the State.

PER CURIAM.

This case presents the same questions disposed of in the opinion in State v. Olson, supra, page 153, 131 N. W. 1084, and the same conclusion is reached.

Judgment affirmed.